UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONARDO MEDINA,

                    Plaintiff,

      -against-

CITY OF NEW YORK, et al.,

                  Defendants.

1:24-CV-8098 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated November 6, 2025, the Court granted Plaintiff 60 days' leave to file an amended complaint. That order specified that failure to comply would result in dismissal of this action; the Court would dismiss, for failure to state a claim on which relief may be granted, Plaintiff's claims under 42 U.S.C. § 1983, *see* 28 U.S.C. § 1915(e)(2)(B)(ii), and would decline to consider, under its supplemental jurisdiction, Plaintiff's claims under state law, *see* 28 U.S.C. § 1367(c)(3). Plaintiff has not filed an amended complaint. Accordingly, the Court dismisses this action for the reasons set forth above and in the Court's November 6, 2025 order.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter a civil judgment dismissing this action for the reasons set forth in this order and in the Court's November 6, 2025 order.

SO ORDERED.

Dated:    February 26, 2026
          New York, New York

                                              /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                    Chief United States District Judge

2