6UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONARDO MEDINA,

                        Plaintiff,

        -against-

CITY OF NEW YORK, ET AL.,

                        Defendants.

24 CIVIL 08098 (LTS)

CIVIL JUDGMENT

        For the reasons stated in the February 26, 2026, order, this action is dismissed.

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962) (holding that an appellant demonstrates good faith when he seeks review of a

nonfrivolous issue).

        SO ORDERED.

 Dated:    March 4, 2026

            New York, New York

                                        /s/ Laura Taylor Swain
                                     LAURA TAYLOR SWAIN
                                  Chief United States District Judge